DUNN GARDEN APARTMENTS, INC., Respondent, against COMMISSIONER OF ASSESSMENT AND TAXATION OF THE CITY OF TROY et al., Appellants. (PROCEEDING No. 2. 1958 Assessment.) In the Matter of DUNN GARDEN APARTMENTS, INC., Respondent, against COMMISSIONER OF ASSESSMENT AND TAXATION OF THE CITY OF TROY et al., Appellants. (PROCEEDING No. 3. 1959 Assessment.) — Motion to dismiss appeal granted, without costs, unless appellants perfect appeal, file note of issue, and file and serve record and brief on or before April 1, 1960 and are ready for argument at the May Term of this court, in which event the motion is denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

JOAN C. BARBER, Respondent, v. HAROLD L. BARBER, Appellant.— Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files note of issue and files and serves record and brief on or before February 1, 1960 and is ready for argument at the March Term of this court, in which event the motion is denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

In the Matter of the Claim of STELLA PAPAJOHN, Appellant, against JULIUS ALTSCHUL, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

JOSEPH E. AUDET, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files note of issue, and files and serves record and brief on or before February 10, 1960 and is ready for argument at the March Term of this court, in which event the motion is denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

In the Matter of the Claim of ALFRED GANO, Appellant, against REEVES INSTRUMENT CORPORATION et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

In the Matter of the Probate of the Will of ADELIA H. REOUX, Deceased. Motion to dismiss appeal denied, with $10 costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. DELBERT BARNER, Appellant, against W. CECIL JOHNSTON, as Director of Dannemora State Hospital, Respondent.— Motion for leave to prosecute appeal as a poor person denied. Motion in all other respects denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANCIS LITTLE, Appellant, against J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent.— Motion for permission to prosecute appeal as a poor person granted. The appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

In the Matter of the Construction of the Will of JOHN J. LARKIN, Deceased.— Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files note of issue and files and serves record and brief on or before February 20, 1960 and is ready for argument at the March Term of this court, in which event the motion is denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

In the Matter of RUTH G. WIRTH, as Executrix of BEN WIRTH, Deceased, Judgment Creditor, against WILLIAM MALTER, Judgment Debtor.— Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files note of issue, and files and serves record and brief on or before